I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-16-13

DEPUTY CLERK

JS 6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE JACKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPUTY DYBERG,<br><br>　　　　Defendant. | Case No. EDCV 11-1316-GHK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 5/14/13

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY